PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ernesto Marrero     Cr.: 15-00253-001
                                       PACTS #: 1703661

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/15/2016

Original Offense: 18:922(g)(1): Felon in Possession of a Weapon

Original Sentence: 36 months imprisonment, 36 months supervised release

Special Conditions: Drug Treatment, $100 Special Assessment, Substance Abuse Testing, Alcohol Treatment

Type of Supervision: Supervised Release     Date Supervision Commenced: 05/15/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The defendant shall not commit another federal, state, or local crime during the term of supervision |

On October 4, 2018, Ernesto Marrero was arrested by officers representing the Passaic County Sheriff's Department for two counts of possession of CDS (marijuana), manufacture/distribution of marijuana, possession with intent to distribute marijuana, and distribution of marijuana near a school.

**U.S. Probation Officer Action:**

The case is pending an accusation hearing to be held on December 18, 2018 at Passaic County Superior Court. Offender reports that he intends to plead not guilty. We will monitor the disposition of the charges and make the appropriate recommendation to the Court if adverse actions should be initiated

Respectfully submitted,

By: Marqwuese Bayne
U.S. Probation Officer
Date: 11/29/2018

Sr. USPO

Prob 12A – page 2
Ernesto Marrero

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] No Formal Court Action to be Taken at This Time (as recommended by Probation)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer

11 December 2018
Date